Opinion issued March 27, 2003 












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00922-CR

____________


WALTER LENDON GRAY, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 85th District Court

Brazos County, Texas

Trial Court Cause No. 26,313-85






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant and counsel. We have not yet issued a decision. Accordingly,
the appeal is dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue the mandate immediately. Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).